```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
             COUNSEL/PARTIES OF RECORD

        FEB 2 1 2012

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:11-cr-0142-RCJ-VPC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CLIFTON JAMES JACKSON, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on FEBRUARY 8, 2012, a jury verdict following trial was returned adjudging defendant CLIFTON JAMES JACKSON guilty of the offense charged in a One-Count Indictment, charging him Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. § 922(g)(1).

AND WHEREAS, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court finds that the United States of America has shown a nexus between the property described in the Indictment and the offense to which defendant CLIFTON JAMES JACKSON has been adjudged guilty.

AND WHEREAS, the following is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

    1. one Harrington & Richardson, model 929, .22 caliber revolver, serial number AX181546 and ammunition.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of CLIFTON JAMES JACKSON in the aforementioned property is forfeited and is vested in the

1  United States of America and shall be safely held by the United States of America until further order
2  of the Court.

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of
4  America shall publish for at least thirty consecutive days on the official internet government forfeiture
5  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
6  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
7  the name and contact information for the government attorney to be served with the petition, pursuant
8  to Rule 32.2(b)(6), Fed.R.Crim.P., and 21 USC § 853(n)(2).

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
10 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
11 Virginia Street, 3rd Floor, Reno, Nevada 89501.

12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
13 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
14 following address at the time of filing:

15 Greg Addington
   Assistant United States Attorney
16 100 West Liberty Street, Suite 600
   Reno, NV 89501

17
18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
19 following publication of notice of seizure and intent to administratively forfeit the above-described
20 asset.

21 DATED this 21 day of February 2012.

22
23
24                                                  _____
25                                                  UNITED STATES DISTRICT JUDGE
26