RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAMÓN ACOSTA
Assistant Federal Public Defender
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
Telephone: (775) 321-8451
Facsimile: (775) 784-5369

Counsel for CLIFTON JAMES JACKSON

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAR 3 0 2012

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CLIFTON JAMES JACKSON,<br><br>            Defendant. | 3:11-cr-00142-RCJ-VPC<br><br>**DEFENDANT'S MOTION FOR COURT TO ADOPT PREVIOUSLY FILED MOTION FOR NEW TRIAL** |

CERTIFICATION: This Motion is timely filed.

Defendant, CLIFTON JAMES JACKSON, by and through his attorney of record, RAMÓN ACOSTA, Assistant Federal Public Defender, hereby moves this Honorable Court to adopt the Defendant's Motion for New Trial filed *pro se* on February 14, 2012 (Docket #34).

On February 14, 2012, Mr. Jackson filed *pro se* a Motion for New Trial (Docket #34). On February 21, 2012, the Court issued a minute order striking the Defendant's Motion. Defendant requests the Court reinstate the original Motion for New Trial filed on February 14, 2012, *nunc pro tunc.*

RESPECTFULLY SUBMITTED this 22nd day of March, 2012.

*/s/ Ramon Acosta*
RAMÓN ACOSTA
Assistant Federal Public Defender
Counsel for CLIFTON JAMES JACKSON

1

**ORDER**

IT IS HEREBY ORDERED, that Defendant's Motion for New Trial (Docket #34) be reinstated to its original filed date of February 14, 2012.

DATED this 30 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE