1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

| | | |
|---|---|---|
| 7 UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| 8 | ) | 3:11-cr-00142-RCJ-VPC-1 |
| vs. | ) | |
| 9 | ) | |
| CLIFTON JAMES JACKSON, | ) | **ORDER** |
| 10 | ) | |
| Defendant. | ) | |
| 11 _____ | ) | |

12

13      On February 8, 2012, a jury convicted Defendant Clifton James Jackson of one count of

14 Possession of a Firearm by a Convicted Felon, 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  The Court

15 denied a motion for new trial that was grounded entirely on the FPD's alleged ineffective

16 assistance, which claims are not cognizable under Rule 33, but rather must be brought in federal

17 habeas corpus proceedings under 28 U.S.C. § 2255, or in some cases on direct appeal. *United*

18 *States v. Pirro*, 104 F.3d 297, 299–300 (9th Cir. 1997) (citing *United States v. Hanoum*, 33 F.3d

19 1128, 1130 (9th Cir. 1994)); *accord United States v. Mendoza*, Nos. 07–50002 and 09–50641,

20 2012 WL 1893538, at *2 (9th Cir. May 25, 2012) (citing *id.* at 299).  Defendant appealed, and

21 the Court of Appeals affirmed.

22      Defendant has filed a motion for a transcript of a February 3, 2012 calendar call.

23 Defendant must contact the Clerk's Office and request the proper forms to request a transcript.

24 ///

25 ///

1

**CONCLUSION**

2

    IT IS HEREBY ORDERED that the Motion for Transcript (ECF No. 80) is DENIED.

3

    IT IS SO ORDERED.

4

Dated this 28th day of May, 2014.

5

6

                          ROBERT C. JONES
                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25