# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLIFTON JAMES JACKSON,<br><br>        Defendants. | Case No.:  3:11-CR-00142-RCJ-VPC<br><br>**AMENDED ORDER** |

The Court entered its Order granting the Joint Motion to Correct Sentence Under 28 U.S.C. § 2255 (ECF #105).  Accordingly,

IT IS HEREBY ORDERED that Defendant shall file an Abridged Motion to Correct Sentence on or before Monday, August 22, 2016.

IT IS FURTHER ORDERED that the Government shall file a response on or before Monday, September 19, 2016.

IT IS FURTHER ORDERED that Defendant shall file a reply on or before Monday, October 10, 2016.

IT IS SO ORDERED this 20th day of July, 2016.

_____
ROBERT C. JONES
District Judge