**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLIFTON JAMES JACKSON,<br><br>  Defendant. | Case No.: 3:11-CR-00142-RCJ-VPC<br><br><br>ORDER |

   Presently before the Court is a Joint Motion to Correct Sentence Under 28 U.S.C. § 2255 (ECF #104).  Accordingly,

   IT IS HEREBY ORDERED that an Evidentiary Hearing is set for 10:00 A.M., Wednesday, October 19, 2016, in RENO COURTROOM 6, before Judge Robert C. Jones.

   IT IS SO ORDERED this 11th day of October, 2016.

_____
ROBERT C. JONES
District Judge