RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Kate_Berry@fd.org

Attorney for CLIFTON JACKSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLIFTON JACKSON, <br><br> Defendant. | Case No. 3:11-CR-142-HDM-CBC <br><br> **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING (THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for CLIFTON JACKSON and NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for May 29, 2019, at 11:00 AM, be vacated and continued to July 10, 2019, at 10:30 AM.

///

///

This Stipulation is entered into for the following reasons:

Mr. Jackson is scheduled to appear before this court for a Revocation Hearing on May 29, 2019, at 11:00 AM. Undersigned counsel request that this matter be continued to July 10, 2019, at 10:30 AM., to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Mr. Jackson is incarcerated and agrees to the continuance.

3. The parties agree to the continuance.

4. This is the third request for a continuance.

DATED this 15th day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for CLIFTON JACKSON | By */s/ Megan Rachow*<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for May 29, 2019, at 11:00 AM, be vacated and continued to July 10, 2019, at 10:30 AM in Reno Courtroom 4 before Judge Howard D. McKibben. IT IS SO ORDERED.

DATED this 16th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE